450 A.2d 1048

Brown, Appellant v. Collins v. McGrath.
Petition for Allowance of Appeal
Denied Feb. 23, 1983.

Argued January 13, 1982. William S. Scott, for appellant; David H. Patterson, for Collins, appellee; W. Arch Irvin, for McGrath, appellee; S.

Asher Winikoff, for Amer. Motors Ins. and Kemper Ins., appellees.

Before HESTER, BECK and VAN der VOORT, JJ.

Order affirmed.